In the Matter of COMPAGNIE GENERALE TRANSATLANTIQUE, Respondent, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Appellant.

Submitted April 3, 1939; decided April 11, 1939.

Motion for reargument denied and motion to amend remittitur granted. Return of remittitur requested, and when returned it will be amended by adding thereto after the words " be and the same hereby is affirmed with costs " the following: " upon the sole ground that the City Sales Tax Law as here applied violates the commerce clause (article 1, section 8, clause 3) of the Constitution of the United States." (See 279 N. Y. 192.)